1  Joseph H. Low IV (SBN 194897)
   THE LAW FIRM OF JOSEPH H. LOW IV
2  One World Trade Center
   Suite 2320
3  Long Beach, CA  90831
   Telephone: (562) 901-0840
4  Facsimile: (562) 901-0841

5  Attorney for Defendant
   KOU YANG

6

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

10

11 UNITED STATES OF AMERICA,            )   NO: 2:08-cr-0116 FCD
                                        )
12                        Plaintiff,    )   WAIVER OF APPEARANCE BY
            vs.                         )   DEFENDANT KOU YANG
13                                      )
   Kou Yang .                           )
14                                      )
                   Defendant.           )
15                                      )
                                        )
16                                      )

17         Pursuant to Fed.R.Crim.P. 43, defendant, KOU YANG, herby waives the right to be

18 present in person in open court upon the hearing of any motion or other proceeding in this case,

19 including, but not limited to, when the case is set for trial, when a continuance is ordered, and

20 when any other action is taken by the Court before or after trial, except upon arraignment, initial

21 appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict,

22 impanelment of jury and imposition of sentence.

23         Defendant hereby requests the Court to proceed during every absence of his which the

24 Court may permit pursuant to this waiver and agrees that her interests will be deemed

25 represented at all times by the presence of her attorney, the same as if the defendant were

26 personally present. Defendant further agrees to be present in Court ready for trial any day and

27 hour the Court may fix in her absence.

28

1

1    The defendant further acknowledges that she has been informed of her rights under Title

2    18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and

3    delays under that Act without her personal appearance.

4

5    DATED: April 23, 2008

6

7                                        /s/ Kou Yang
                                         KOU YANG
8                                        (Original retained by attorney)

9

10        IT IS SO ORDERED.

11   DATED: April 24, 2008

12

13

14

15   FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28