Joseph H. Low IV (SBN 194897)
THE LAW FIRM OF JOSEPH H. LOW IV
One World Trade Center
Suite 2320
Long Beach, CA 90831
Telephone: (562) 901-0840
Facsimile: (562) 901-0841

Attorney for Defendant
KOU YANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KOU YANG .<br><br>　　　　　Defendant. | NO: 2:08-cr-0116 FCD<br><br>WAIVER OF PERSONAL APPEARANCE ON SUPERSEDING INDICTMENT BY DEFENDANT KOU YANG |

　　　　Pursuant to Fed.R.Crim.P. Rule 10(b), I, KOU YANG; hereby waive my personal appearance at the arraignment on the superceding indictment in this case.

　　　　I acknowledge and understand that I have the right to appear personally with my attorney before a judicial officer for arraignment in open court on the above-numbered Indictment. I further understand that, absent the present waiver, I must appear before this court as directed.

　　　　I affirm that I have received a copy of the Indictment, that I waive a formal reading of the Indictment in open court, and I hereby enter a plea of not guilty and demand a jury trial.

　　　　I further agree that my interest will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and further agree to be present in court ready for trial any day and hour the court may fix in my absence.

　　　　I further acknowledge that I have been informed of my rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorize my attorney to set times and delays under that Act without my personal appearance.

1

1 | DATED: March 3, 2010

2
                                                                                 /s/ Kou Yang
3
                                                                                 KOU YANG
(Original in Attorney's file)

4

5 | DATED: February 26, 2010

6
                                                                                 /s/ Joseph H. Low IV
7
                                                                                 JOSEPH H. LOW IV
Attorney for Kou Yang

8

9 |      The Defendant's Waiver of Personal Appearance at Arraignment on the Superceding

10 | Indictment is accepted.

11

12 | DATED:  March 4, 2010

13 |                                         EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE